Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Walls, Frederick C | Case Number: 08 B 28981 |
| --- | --- | --- |
| | | Judge: Hollis, Pamela S |
| | Printed: 03/24/09 | Filed: 10/27/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 9, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
| --- | --- | --- |
| | 559.80 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 522.85 |
| Trustee Fee: | | 36.95 |
| Other Funds: | | 0.00 |
| Totals: | 559.80 | 559.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 1. | Robert J Semrad & Associates | Administrative | 3,324.00 | 522.85 |
| 2. | Internal Revenue Service | Priority | 1,329.26 | 0.00 |
| 3. | Peoples Energy Corp | Unsecured | 37.97 | 0.00 |
| 4. | Crescent Recovery | Unsecured | 863.74 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 6. | B-Real LLC | Unsecured | 38.10 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 633.00 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 35.18 | 0.00 |
| 9. | AmeriCash Loans, LLC | Unsecured | 94.43 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 29.83 | 0.00 |
| 11. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 12. | Laura Turner | Priority | | No Claim Filed |
| 13. | Collection Company Of America | Unsecured | | No Claim Filed |
| 14. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 15. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 16. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 18. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 19. | St Bernard Hospital | Unsecured | | No Claim Filed |
| 20. | Wexler & Wexler | Unsecured | | No Claim Filed |
| | | | $ 6,410.51 | $ 522.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 6.6% | 36.95 |
| | $ 36.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Walls, Frederick C | Case Number:  08 B 28981 |
| | Judge:  Hollis, Pamela S |
| Printed: 03/24/09 | Filed:  10/27/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                    Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*